

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00594-CV

**CITY OF HOLLYWOOD PARK**,
Appellant

v.

**PREFERRED HOSPITALITY, LTD.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07343
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant City of Hollywood Park.

SIGNED December 31, 2014.

_____
Karen Angelini, Justice